IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES E. WHITNEY                                                                                     PLAINTIFF

v.                                              Case No. 5:14-CV-05028

SERGEANT MORSE; SERGEANT WHITTINGTON;
NURSE RHONDA BRADLEY; CORPORAL FOSTER;
CORPORAL MULVANEY; DEPUTY WEISS BROCK;
DEPUTY WORKMAN; DEPUTY MCNALLY;
SHERIFF TIM HELDER; DETECTIVE Y. SCHROCK;
ARAMARK CORRECTIONAL SERVICES, LLC; and
DEPUTY SHEPHERD                                                                                   DEFENDANTS

## O R D E R

Currently before the Court are the proposed findings and recommendations (Doc. 39) filed in this case on November 19, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant Aramark Correctional Services, LLC's motion to dismiss (Doc. 25) is DENIED.

IT IS SO ORDERED this 23rd day of December, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE