IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES E. WHITNEY                                                                              PLAINTIFF

v.                                         Case No. 5:14-CV-05028

SERGEANT MORSE; SERGEANT WHITTINGTON;
NURSE RHONDA BRADLEY; CORPORAL FOSTER;
CORPORAL MULVANEY; DEPUTY WORKMAN;
SHERIFF TIM HELDER; DETECTIVE Y. SCHROCK;
ARAMARK CORRECTIONAL SERVICES, LLC;
DEPUTY SHEPHERD; DEPUTY WEISSROCK; and
DEPUTY McNELLY                                                                             DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 139) of United States Magistrate Judge Erin L. Setser. Also before the Court are Plaintiff James E. Whitney's objections (Doc. 140) and a response to those objections filed by Defendant Aramark Correctional Services, LLC ("Aramark") (Doc. 141). The Court has conducted a *de novo* review as to all specified proposed findings and recommendations to which Plaintiff has raised objections. 28 U.S.C. § 636(b)(1)(c). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 139) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendant Aramark's motion for summary judgmemt (Doc. 66) is GRANTED; the remaining Defendants' motion for summary judgment (Doc. 71) is GRANTED; and this matter is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE