IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES E. WHITNEY                                                                    PLAINTIFF

v.                              Case No. 5:14-CV-05028

SERGEANT MORSE; SERGEANT WHITTINGTON;
NURSE RHONDA BRADLEY; CORPORAL FOSTER;
CORPORAL MULVANEY; DEPUTY WORKMAN;
SHERIFF TIM HELDER; DETECTIVE Y. SCHROCK;
ARAMARK CORRECTIONAL SERVICES, LLC;
DEPUTY SHEPHERD; DEPUTY WEISSROCK; and
DEPUTY McNELLY                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 8th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE